DANIEL G. BOGDEN
United States Attorney
KATHRYN NEWMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 11000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>        Defendant. | 2:16-mj-0274-PAL<br><br>STIPULATION TO MODIFY<br>CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, District of Nevada, and Kathryn Newman, Assistant United States Attorney, and Evan Schwab, Esq., counsel for King Isaac Umoren, that the conditions of release contained in the Appearance Bond, Order Setting Conditions of Release and Additional Conditions of Release filed on May 2, 2016 be modified as follows. Paragraph 20 of the Additional Conditions of Release shall be amended to read as follows:

[SPACE INTENTIONALLY LEFT BLANK]

- 1 -

10422-01/718276

(20) The Defendant shall abide by the following restrictions on personal association, place of abode, or travel:

Travel is restricted to the following areas: Continental United States for business purposes as approved by pre-trial services.

Dated August 1, 2016

Anthony A. Zmaila Limited PLLC

/s/ Evan Schwab
By:_____
Evan Schwab, Esq.
Counsel for Defendant Umoren

Dated August 1, 2016

DANIEL G. BOGDEN
United States Attorney

/s/ Kathryn C. Newman
By:_____
Kathryn Newman
Assistant United States Attorney

**DENIED**.
IT IS SO ORDERED.
Dated: August 3, 2016

_____
Nancy J. Koppe
United States Magistrate Judge

- 2 -

10422-01/718276