```
DANIEL G. BOGDEN
United States Attorney
KATHRYN NEWMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 11000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-0274-PAL |
| Plaintiff, | |
| v. | |
| KING ISAAC UMOREN, | STIPULATION TO MODIFY CONDITIONS OF RELEASE |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, District of Nevada, and Kathryn Newman, Assistant United States Attorney, and Evan Schwab, Esq., counsel for King Isaac Umoren, that the conditions of release contained in the Appearance Bond, Order Setting Conditions of Release and Additional Conditions of Release filed on May 2, 2016 be modified as follows. Paragraph 21 of the Additional Conditions of Release shall be amended to read as follows:

[SPACE INTENTIONALLY LEFT BLANK]

719275

(21) The Defendant may travel to Central District of California for the purpose of court and business as approved by Pre-Trial Services. Pre-Trial Services notes that Defendant has been in compliance with his conditions of release and the requests of Pre-Trial Services to date. With the approval of Pre-Trial Services, Defendant is allowed to engage in the following, specific, additional travel: (a) business trip to Rome, Georgia from August 11, 2016 thru August 14, 2016; (b) business trip to Mesa, Arizona from August 15, 2016 thru August 16, 2016; (c) business trip to Bonita Springs, Florida from August 17, 2016 thru August 21, 2016; (d) business trip to Virginia Beach, Virginia from August 23, 2016 thru August 24, 2016; (e) business trip to San Diego, California from September 12, 2016 thru September 17, 2016; and (f) business trip to Mesa Arizona from September 20, 2016 thru September 24, 2016.

Dated August 8, 2016

Anthony A. Zmaila Limited PLLC

By: /s/ Evan Schwab
Evan Schwab, Esq.
Counsel for Defendant Umoren

Dated August 8, 2016

DANIEL G. BOGDEN
United States Attorney

By: /s/ Kathryn C. Newman
Kathryn Newman
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: August 10, 2016

NANCY J. KOPPE
United States Magistrate Judge

- 2 -

719275