DANIEL G. BOGDEN
United States Attorney
KATHRYN NEWMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 11000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>   Defendant. | 2:16-mj-0274-PAL<br><br>STIPULATION TO MODIFY<br>CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, District of Nevada, and Kathryn Newman, Assistant United States Attorney, and Evan Schwab, Esq., counsel for King Isaac Umoren, that the conditions of release contained in the Appearance Bond, Order Setting Conditions of Release and Additional Conditions of Release ("Order") filed on May 2, 2016 and the Stipulation and Order to Modify Conditions of Release ("Stipulation and Order") filed on August 10, 2016 be modified as follows. Unless otherwise stated below the conditions set forth in the Order and Stipulation and Order remain in effect.

[SPACE INTENTIONALLY LEFT BLANK]

- 1 -

719633

The approved business trip to Rome, Georgia previously schedule for August 11, 2016 thru August 14, 2016 is now (with the approval of Pre-Trial Services) approved and re-scheduled for August 14, 2016 thru August 16, 2016.

Dated August 11, 2016

Anthony A. Zmaila Limited PLLC

/s/ Evan Schwab
By:_____
Evan Schwab, Esq.
Counsel for Defendant Umoren

Dated August 11, 2016

DANIEL G. BOGDEN
United States Attorney

/s/ Kathryn C. Newman
By:_____
Kathryn Newman
Assistant United States Attorney

IT IS SO ORDERED.
Dated: August 12, 2016

_____
Nancy J. Koppe
United States Magistrate Judge

719633