UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-cr-00374-LRH-NJK |
| vs. ) | ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO MODIFY CONDITIONS |
| KING ISAAC UMOREN, ) | |
| Defendant. ) | (Docket No. 48) |

Pending before the Court is a stipulation to modify conditions of release. Docket No. 48. Stipulations are not effective until approved by the Court. LCR 45-1. The Court hereby **GRANTS** in part and **DENIES** in part the pending stipulation. Docket No. 48. Paragraph 21 of the Additional Conditions of Release is amended to read as follows:

> (21) The Defendant may travel to the Central District of California for the purpose of court and business as approved by Pretrial Services. With the approval of Pretrial Services, Defendant is allowed to travel on a business trip to Mesa, Arizona, leaving Las Vegas on January 25, 2017, and returning to Las Vegas on January 29, 2017.

IT IS SO ORDERED.

DATED: January 25, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge