# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-cr-00374-LRH-NJK |
| vs. ) | ORDER |
| KING ISAAC UMOREN, ) | (Docket No. 58) |
| Defendant. ) | |

Pending before the Court is Defendant's unopposed motion for travel. Docket No. 58. Defendant asks the Court to allow him to travel to New Jersey from April 29, 2017 through May 3, 2017. *Id*. Defendant submits that neither AUSA Kathryn Newman nor his Pretrial Services Officer Misty Sanchez objects to his request. *Id*. at 2.

Accordingly, Defendant's request to travel, Docket No. 58, is hereby **GRANTED**. Defendant may travel to New Jersey from April 29, 2017 through May 3, 2017. No later than April 21, 2017, Defendant must provide his entire itinerary, including travel dates and times, where he will staying, where he will go in New Jersey, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer.

IT IS SO ORDERED.

DATED: April 19, 2017.

 _____
 NANCY J. KOPPE
 United States Magistrate Judge