UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KING ISAAC UMOREN, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:16-cr-00374-LRH-NJK <br><br> ORDER <br><br> (Docket No. 64) |

Pending before the Court is Defendant's unopposed motion for travel. Docket No. 64. Defendant asks the Court to allow him to travel to Kansas City, Missouri from August 3, 2017 through August 6, 2017. *Id*. Defendant submits that neither AUSA Kathryn Newman nor his Pretrial Services Officer Misty Sanchez objects to his request. *Id*.

Accordingly, Defendant's request to travel, Docket No. 64, is hereby **GRANTED**. Defendant may travel to Kansas City, Missouri from August 3, 2017 through August 6, 2017. No later than July 27, 2017, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go in Kansas City, Missouri, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer.

IT IS SO ORDERED.

DATED: July 24, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge