# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:16-cr-00374-LRH-NJK |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket No. 72) |
| KING ISAAC UMOREN, ) | |
| Defendant. ) | |

Pending before the Court is Defendant King Isaac Umoren's motion to temporarily modify his conditions of release to allow him to travel outside the District of Nevada. Docket No. 72. This motion, filed on September 15, 2017, at 10:54 a.m., asks the Court to allow Defendant to travel to Arizona starting on September 16, 2017. *Id*. The motion fails to state the purpose of Defendant's proposed travel or any other details. *Id*. Further, the motion does not state the position of the United States or allow time for the United States to respond to the motion prior to the proposed travel and, therefore, failed to allow the Court to properly address the motion. *Id*.

Accordingly, the motion is **DENIED**. Docket No. 72. Any future requests of this nature must be filed no later than one week prior to the initial date of Defendant's proposed travel.

IT IS SO ORDERED.

DATED: September 18, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge