# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KING ISAAC UMOREN,

Defendant.

Case No.: 2:16-cr-00374-LRH-NJK

**Order Granting Motion**

(Docket No. 128)

Pending before the Court is Defendant King Isaac Umoren's motion to dismiss counsel, Liborius Agwara. Docket No. 128. Defendant filed an identical motion in a separate case before the Court in which he is also a defendant. *See* Docket No. 29 (Case No. 2:19-cr-00064-APG-NJK). In that case, the Court allowed for a response from counsel and held a hearing on Defendant's motion, during which Defendant addressed the Court in sealed proceedings, submitted a financial affidavit, and the Court appointed the Federal Public Defender to represent him. *See* Docket Nos. 31, 32, 33 (Case No. 2:19-cr-00064-APG-NJK). As the Court has addressed the issues raised in Defendant's motion, the Court finds that no further hearing is necessary.

For good cause shown, the Court **GRANTS** Defendant's motion. Docket No. 128. Mr. Agwara is dismissed as Defendant's attorney. The Court **INSTRUCTS** the Clerk's Office to file in the instant case, under seal, the financial affidavit that Defendant submitted on October 22, 2019. Docket No. 33 (Case No. 2:19-cr-00064-APG-NJK). The Court **ORDERS** the immediate

. . . .

appointment of the Federal Public Defender's Office to represent Defendant. New counsel is directed to contact Mr. Agwara immediately upon appointment, so that he can arrange for the transfer of Defendant's file.

IT IS SO ORDERED.

DATED: October 28, 2019.

									_____
									NANCY J. KOPPE
									UNITED STATES MAGISTRATE JUDGE