# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00374-LRH-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 137) |
| KING ISAAC UMOREN, | |
| Defendant. | |

On January 17, 2020, counsel for Defendant filed a motion *ex parte* and under seal. The Court, having reviewed the motion, can discern no legitimate reason for such designations. Further, Defendant filed the motion under seal without complying with the Court's clear rules for such filings. LR IA 10-5; LR IA 7-2.

No later than January 21, 2020, counsel must file either a motion to seal the motion at Docket No. 137 that complies fully with the Court's local rules and applicable caselaw or a motion to unseal the motion at Docket No. 137.

IT IS SO ORDERED.

DATED: January 17, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE