# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>  Defendant. | Case No.: 2:16-cr-00374-LRH-NJK<br><br>**Order for In-Person Hearing** |

IT IS HEREBY ORDERED that the hearing currently set for May 14, 2020, at 10:00 a.m., is VACATED and reset as an **in-person hearing** on Defendant's counsel's motion to withdraw as attorney. Docket No. 146. The hearing will be conducted in Courtroom 4B at 10:00 a.m. on May 20, 2020. Defendant and all counsel must be present in the courtroom in person.[1]

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus. For example:

- All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.

- Inside the courtrooms, chairs, tables, and microphones that have been utilized will be cleaned after each hearing. Counsel are encouraged to bring disinfectant wipes to clean the surface areas utilized to their own comfort level as well.

- Hearing attendees are encouraged to bring and wear personal protective equipment including face masks, gloves, or other protective coverings.

---

[1] Defendant, who is in custody in Nevada Southern Detention Center ("NSDC"), has been advised by counsel, and therefore understands, that he is required to engage in a 14-day quarantine upon returning to the facility after appearing in court in person. The Court offered Defendant the option of appearing via a video link from NSDC; however, Defendant does not waive his right to appear in person, Docket No. 151, and the Court therefore sets this in-person hearing.

- Documents that will be referenced or utilized during a hearing must be emailed to the Courtroom Deputy and any other necessary recipient (e.g., opposing counsel, defendant) at least 24 hours before the hearing.

- Any necessary signed documents must be filed at least one day before the scheduled hearing as required by General Order 2020-05.

**If you do not feel well, contact the Courtroom Deputy immediately to reschedule this hearing or make arrangements to attend it remotely.  DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection.  Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.**

IT IS SO ORDERED.

DATED: May 13, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE