# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00374-LRH-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket Nos. 179, 180) |
| KING ISAAC UMOREN, | |
| Defendant. | |

Pending before the Court are the United States' motions to supplement its response to Defendant's motion for pretrial release. Docket Nos. 179, 180. For good cause shown, the Court **GRANTS** the United States' motions. The deadline for Defendant's reply is **EXTENDED** to November 19, 2020.

IT IS SO ORDERED.

DATED: November 13, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE