# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00374-LRH-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 178) |
| KING ISAAC UMOREN, | |
| Defendant. | |

Pending before the Court is the United States' motion to seal Defendant's medical records, attached to its response to Defendant's motion for pretrial release. Docket No. 178. The United States submits that the records contain Defendant's private medical information. *Id*. at 2. The United States, however, inappropriately filed the motion itself under seal.

Accordingly, the Court **GRANTS** the United States' motion to seal. Docket No. 178. The attachments to the document shall remain under seal. Docket Nos. 178-1, 178-2, 178-3. The Court **INSTRUCTS** the Clerk's Office to unseal the motion itself, while keeping the attachments to the motion under seal.

IT IS SO ORDERED.

DATED: November 13, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE