YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
625 S. Sixth Street
Las Vegas, Nevada 89101
Telephone (702) 385-9777
Fax No. (702) 385-3001
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v<br><br>KING ISAAC UMOREN,<br><br>    Defendant | Case No.: 2:16-cr-00374-LRH-NJK<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE HIS REPLY TO THE GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR PRETRIAL RELEASE DUE TO COVID-19 PANDEMIC (FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas Trutanich, United States Attorney, by and through Patrick Burns and Sarah Kiewlicz, Trial Attorneys, Department of Justice, Tax Division, and Mace J. Yampolsky, Esq., counsel for Defendant Umoren, that Defendant King Isaac Umoren be granted an extension of time up through and including November 23, 2020 to file his Reply to the Government's Response in Opposition to his Motion for Pretrial Release Due to Covid-19 Pandemic.

///

///

///

///

///

IT IS FURTHER STIPULATED AND AGREED that this stipulation is being entered into because the Defendant sent over 70 pages of information to counsel on November 15, 2020, and counsel needs additional time to review this information, and to incorporate it into the Reply.

DATED this 17th day of November, 2020.

| /s/ Patrick Burns | /s/ Mace J. Yampolsky |
|---|---|
| Patrick Burns | Mace J. Yampolsky, Esq. |
| Sarah Kiewlicz | Counsel for Defendant Umoren |
| Trial Attorneys | |
| Counsel for Plaintiff | |

**ORDER**

Based upon the foregoing and good cause appearing;

IT IS HEREBY ORDERED that Defendant King Isaac Umoren shall have up through and including November 23, 2020 to file his Reply to the Government's Response in Opposition to his Motion for Pretrial Release Due to Covid-19 Pandemic.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2020