# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>KING ISAAC UMOREN,<br><br>                    Defendant. | CASE NO: 2:16-CR-00374-APG-NJK<br><br>FINDINGS OF FACT AND ORDER |

Based on the November 22, 2021 hearing on defendant's motion to continue trial, and good cause appearing, the Court finds that:

1. On November 22, 2021, the Court conducted a hearing on defendant's motion to continue the December 13, 2021 9:00 am trial date in this case. ECF 216.

2. After hearing the parties' representations, the Court determined that good cause warranted a continuance of the trial date, and, after consulting with the parties, reset the trial for January 24, 2022 at 9:00 am.

3. The government requested that, in light of the trial continuance, the subpoenas served on its witnesses compelling them to appear for the December 13, 2021 date be continued as well. The government requests that the Court make any subpoenas already served effective for the January 24, 2022 trial date.

4. Defendant does not object to the government's request.

## ORDER

IT IS ORDERED that all subpoenas duly served by the government for witnesses to appear at the December 13, 2021 trial in *United States v. King Isaac Umoren*, Case No. 2:16-CR-00374-APG-NJK, are hereby **continued** and those witnesses remain under subpoena for personal appearance on the first day of trial set to commence on January 24, 2022 at 9:00 am.

IT IS SO ORDERED:

Dated: November 23, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE