# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00374-APG-NJK |
| Plaintiff, | **Order Granting the Government's Motion in Limine to Deem Records as Self-Authenticating** |
| v. | |
| KING ISAAC UMOREN, | [ECF No. 250] |
| Defendant. | |

The government moves for an order that the records identified in its motion are self-authenticating based upon the certifications attached to the motion. ECF No. 250. The defendant has not opposed the motion, and the motion is supported by good cause.

I THEREFORE ORDER that the government's motion in limine **(ECF No. 250) is GRANTED**. The records identified in Exhibit B to the motion are self-authenticating under Federal Rules of Evidence 902(4) and (11), based upon the certifications attached to the motion. The government will not be required to call live foundational witnesses to authenticate those records at trial. The defendant may challenge the admission of those documents on other grounds not related to authentication.

DATED this 7th day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE