# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-374-APG-NJK |
| Plaintiff, | **Forfeiture Order** |
| v. | |
| KING ISAAC UMOREN, | |
| Defendant. | |

  This Court finds King Isaac Umoren pled guilty to Counts 1-23 of a 23-Count Superseding Criminal Indictment charging him in Counts 1-10 with wire fraud in violation of 18 U.S.C. § 1343; in Count 11 with impersonation of officer or employee of United States in violation of 18 U.S.C. § 912; in Counts 12-13 with aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(5); and in Counts 14-23 with aiding in the preparation and presentation of false and fraudulent individual income tax returns in violation of 26 U.S.C. § 7206(2). Forfeiture applies to Counts 1-10 and 12-13. Superseding Criminal Indictment, ECF No. 120; Change of Plea, ECF No. 285.

  The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1343 and 1028A(a)(1) with 1028A(c)(5), a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offenses and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c).

  This Court finds that King Isaac Umoren shall pay an in personam criminal forfeiture money judgment of $990,786.84 to the United States of America under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017), *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021), and *United States v. Prasad*, 18 F.4th 313, 315, 319 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from King Isaac Umoren the in personam criminal forfeiture money judgment of $990,786.84 under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED  November 30, 2022 , 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE