UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>    Defendant. | Case No.: 2:16-cr-00374-APG-NJK<br><br>**Order Granting Motion to Correct Sentence**<br><br>[ECF No. 306] |

    At the November 30, 2022 sentencing hearing, the government requested and I imposed restitution for Counts 14-23 totaling $4,659,101. Judgment has not yet been entered. The government now moves to correct the restitution amount for those counts by reducing it to $34,795. ECF No. 306. The defendant does not oppose. *Id*. at 3.

    The government notes that the restitution amount it requested is inappropriate under the statute of conviction for Counts 14-23. Federal Rule of Criminal Procedure 35(a) provides: "Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." A statutorily incorrect restitution amount is "clear error," so correcting it falls within the scope of this rule. Because the motion is supported by good cause, I will grant it and alter the restitution amount for those counts.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that the restitution amount I imposed on the defendant for Counts 14-23 is amended as follows: defendant King Umoren is ordered to pay restitution for counts 14-23 in the amount of $34,795.  The remaining terms and conditions of the sentence I imposed remain the same.

DATED this 6th day of December 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE