# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KING ISAAC UMOREN,<br><br>    Defendant. | Case No. 2:16-cr-00374-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 319] |

Pending before the Court is Defendant's motion for clean docket sheets. Docket No. 319. No response has been filed and the time to do so has now passed. *See* Docket.

Defendant asks that his appellate counsel, Mr. Jason F. Carr, be given access to this case's unredacted docket. Docket No. 319.

Failure to respond to a motion constitutes consent to the granting of the motion. Local Rule 7-2(d). Accordingly, Defendant's motion for clean docket sheets is **GRANTED**. Docket No. 319. The Clerk's Office is **INSTRUCTED** to provide Mr. Carr and counsel for the United States full access to this case's Docket. Mr. Carr is **ORDERED** to keep all sealed information confidential until consulting with the United States except as necessary to proceed with Defendant's appeal in conformance with all applicable statutes and rules.

IT IS SO ORDERED.

Dated: May 5, 2023

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge